UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


MICHAEL ROBINSON,

      Plaintiff,

                                            Case No. 2:21-cv-63

v.

                                            HON. JANET T. NEFF

DAVID KYTOLA,

      Defendant.

_____/


## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendant filed a

Motion for Summary Judgment.  The matter was referred to the Magistrate Judge, who issued a

Report and Recommendation on June 27, 2023, recommending that this Court grant the motion

and enter judgment in favor of Defendant.  The Report and Recommendation was duly served on

the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 35) is

APPROVED and ADOPTED as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 28) is

GRANTED.

      **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on

other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  July 28, 2023                                    /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge

2